UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN STAHLE,

      Plaintiff,

v.                              Case No.: 3:24-cv-850-MMH-PDB

MARTIN O'MALLEY, as
Commissioner of the Social Security
Administration.,

      Defendant.
_____/

## DEFENDANT'S SUPPLEMENT TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Martin O'Malley, in his official capacity as Commissioner of the Social Security Administration ("SSA"), hereby supplements Defendant's Motion to Dismiss Plaintiffs' Complaint, Doc. 11, with a certification pursuant to Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned conferred with counsel for Plaintiff on the Motion to Dismiss Plaintiff's Complaint, Doc. 11, via electronic mail; counsel indicates that Plaintiff opposes the relief requested.

Dated: November 19, 2024                Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Kelli A. Swaney*
KELLI A. SWANEY
Assistant United States Attorney
Florida Bar No. 91759
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6325/6300
Facsimile No. (904) 301-6240
Email: Kelli.Swaney@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Marie A. Mattox, Esquire
Dempsey Law, PLLC
203 N. Gadsden St.,
Tallahassee, FL 32301
Email: Marie@mattoxlaw.com

*/s/ Kelli A. Swaney*
KELLI A. SWANEY
Assistant United States Attorney