# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DUSTIN STAHLE,

    Plaintiff,

v.                                       Case No.  3:24-cv-850-MMH-PDB

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## O R D E R

**THIS CAUSE** came before the Court for a motion hearing on April 10, 2025. For the reasons stated on the record during the hearing, and with the consent of the parties, it is **ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate any pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of April, 2025.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record